UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. MILLER, | ) | Case No. CV 12-3258 R(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M.D. BITER, Kern Valley State Prison Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

DATED: April 26, 2012

_____
HONORABLE  MANUEL L. REAL
UNITED STATES DISTRICT JUDGE